UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YVETTE WILLIAMS,

                Plaintiff,

                                                                                             07 civ 4134 (JGK)

        -against-

                                                                            **ORDER**

MICHAEL J. ASTRUE, Commissioner
of Social Security,

                Defendant.
------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

    The Government shall move for judgment on the pleadings by **February 6, 2008.**

    The plaintiff shall serve and file a response by **February 27, 2008.** The Government shall serve and file a reply by **March 12, 2008.**

**SO ORDERED.**

                                                                              /s/ John G. Koeltl
                                                           _____
                                                                JOHN G. KOELTL
                                                        UNITED STATES DISTRICT JUDGE

Dated: New York, New York
          January 7, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/08