# The Legal Aid Society · Bronx Neighborhood Office

953 SOUTHERN BOULEVARD, SUITE 401 BRONX, NY 10459-3428
TEL: 718/991-4600 FAX: 718/842-2867 www.legal-aid.org

Theodore A. Levine
*President*

Steven Banks
*Attorney-in-Chief*



January 28, 2008

Adriene L. Holder
*Attorney-in-Charge*
*Civil Practice*

Marshall Green
*Attorney-in-Charge*
*Bronx Neighborhood Office*

BY HAND

Hon. John G. Koeltl
United States District Court for
    the Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**

1/29/08

John G. Koeltl, U.S.D.J.

Re: Williams v. Astrue
    07 Civ. 4134 (JGK)

Dear Judge Koeltl:

The parties have agreed to a briefing schedule in this Social Security disability case. We submit the following for your approval.

1. Plaintiff will move for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) by February 29, 2008.

2. Defendant will make his motion by March 31, 2008.

3. Plaintiff will file her reply, if any, by April 16, 2008.

4. Defendant will file his reply, if any, by April 30, 2008.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2008

JAN-28-2008 17:53 THE LEGAL AID SOCIETY 718 842 2867 P.03/04
Case 1:07-cv-04134-JGK   Document 9   Filed 01/30/2008   Page 2 of 2

Page 2

5. The motions will be returnable on April 30, 2008.

Sincerely

Steven Godeski
Staff Attorney

cc.: John E. Gura, Jr.
Assistant United States Attorney
(By Fax)