**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04-02-08

*86 Chambers Street*
*New York, New York 10007*

March 31, 2008

By Fax

Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
3/31/08



Re: Williams v. Astrue
    07 Civ. 4134 (JGK)

     This Office represents the Commissioner of Social Security, the defendant in this action. We write respectfully to request, with the consent of plaintiff's counsel, an adjournment of the Court's briefing schedule.

     Plaintiff has filed a motion for judgment on the pleadings and, under the current schedule, the Government's cross-motion for judgment is due today, March 31, 2008. This Office has been in consultation with Social Security Administration personnel regarding an issue raised in plaintiff's brief for which we require additional information. We have asked the Social Security Administration to provide us with an answer to our concerns, which could result in a change in defendant's litigation position in this action. In view of the foregoing, we respectfully request an adjournment of the briefing schedule. Accordingly, we respectfully request that the Court's scheduling order be amended as follows:

    Defendant will move on or before April 30, 2008

    Plaintiff will serve a response, if any, on or before May 14, 2008.

    Defendant will serve a reply, if any, on or before May 28, 2008.

    There have been no previous requests for an adjournment of the briefing schedule.

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JOHN E. GURA, JR.
Assistant United States Attorney
Telephone: (212) 637-2712
Fax: (212) 637-2750

cc: Steven Godeski, Esq.
 (By Mail)

2