

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

April 30, 2008

<u>By Hand</u>

Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007



     Re:    <u>Williams v. Astrue</u>
              07 Civ. 4134 (JGK)

     This Office represents the Commissioner of Social Security, the defendant in this action. We write respectfully to request, with the consent of plaintiff's counsel, an adjournment of the Court's briefing schedule.

     Plaintiff has filed a motion for judgment on the pleadings and, under the current schedule, the Government's cross-motion for judgment is due today, April 30, 2008. This Office has asked the Social Security Administration for additional information regarding issues raised in plaintiff's brief for which we require additional information. Social Security Administration personnel are reviewing this matter further, which could result in a change in defendant's litigation position in this action. In view of the foregoing, we respectfully request an adjournment of the briefing schedule. Accordingly, we respectfully request that the Court's scheduling order be amended as follows:

     Defendant will move on or before May 22, 2008

     Plaintiff will serve a response, if any, on or before June 5 2008.

     Defendant will serve a reply, if any, on or before June 19, 2008.

     One previous adjournment of the briefing schedule was granted by the Court.

APPLICATION GRANTED
SO ORDERED
6/6/08
John G. Koeltl, U.S.D.J.

5/1/08

Thank you for your consideration of this request.

          Respectfully,

          MICHAEL J. GARCIA
          United States Attorney

By: _____
          JOHN H. GURA, JR.
          Assistant United States Attorney
          Telephone: (212) 637-2712
          Fax: (212) 637-2750

cc:    Steven Godeski, Esq.
       (By Mail)