



MAY 23 2008

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 22, 2008

By Hand

Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**

5/23/08   John G. Koeltl, U.S.D.J.

      Re:    Williams o/b/o Buchanan v. Astrue
             07 Civ. 4134 (JGK)

      This Office represents the Commissioner of Social Security, the defendant in this action. We write respectfully to request, with the consent of plaintiff's counsel, an adjournment of the Court's briefing schedule.

      Plaintiff has filed a motion for judgment on the pleadings and, under the current schedule, the Government's cross-motion for judgment is due today, May 22, 2008. The parties efforts to reach a settlement in this matter have concluded unsuccessfully. As a result, the Government will file a cross-motion to remand this matter and to oppose plaintiff's motion. Due to the press of other business, however, this Office requests a short adjournment to complete the Government's brief. Accordingly, we respectfully request that the Court's scheduling order be amended as follows:

      Defendant will cross-move by May 30, 2008

      Plaintiff will serve a reply, if any, on or before June 13, 2008.

      Defendant will serve a reply, if any, on or before June 27, 2008.

      Two previous adjournments of the briefing schedule were granted by the Court.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/08

Thank you for your consideration of this request.

        Respectfully,

        MICHAEL J. GARCIA
        United States Attorney

By: _____
        JOHN E. GURA, JR.
        Assistant United States Attorney
        Telephone: (212) 637-2712
        Fax: (212) 637-2750

cc:    Steven Godeski, Esq.
       (By Mail)