

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 5, 2008

<u>By Fax</u>

Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007



JUN 5 2008

CHAMBERS OF
JUDGE JOHN G. KOELTL

    Re:    <u>Williams o/b/o Buchanan v. Astrue</u>
            07 Civ. 4134 (JGK)

    This Office represents the Commissioner of Social Security, defendant in this action. We write respectfully to request, <u>nunc pro tunc</u>, an extension of defendant's time to cross-move for a remand for further proceedings.

    Under the current schedule, the Government's cross-motion was due by May 30, 2008, plaintiff's reply was due by June 13, 2008, and the Government's reply, if any, was due by June 27, 2008. However, because of absences due to an illness, I was unable to complete the Government's cross-motion. In view of the foregoing, I respectfully request that the Court's briefing schedule be amended as follows:

    1)    Defendant's cross-motion for remand is due by June 6, 2008;

    2)    Plaintiff's reply is due by June 20, 2008;

    3)    Defendant's reply, if any is due by July 7, 2008.

    Plaintiff's counsel has kindly consented to this request.

                  APPLICATION GRANTED
                      SO ORDERED

                      John G. Koeltl, U.S.D.J.

6/8/08

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
JOHN E. GURA, JR.
Assistant United States Attorney
Telephone: (212) 637-2712
Fax: (212) 637-2750

cc: Steven Godeski, Esq.
(By Fax)